# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

**TIFFANY R. MCCARTER**,

     Plaintiff,

v.                                                                  2:24-cv-739-NPM

**COMMISSIONER OF SOCIAL SECURITY**,

     Defendant.

---

## ORDER

The parties consented to proceed before a magistrate judge for all proceedings (Doc. 1), and currently before the court is an unopposed motion for entry of judgment with remand (Doc. 25). The Commissioner of Social Security seeks remand to:

> instruct the Administrative Law Judge to: (1) obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on the claimant's occupational base; and (2) offer Plaintiff the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

(Doc. 25 at 1).

Accordingly, the unopposed motion for entry of judgment with remand (Doc. 20) is **GRANTED**. Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is reversed, and this case is remanded to the Commissioner for consideration of the aforementioned issues. If plaintiff prevails in this action on

remand, plaintiff must comply with the order (Doc. 1) entered on November 14, 2012, in Misc. No. 6:12-mc-124-Orl-22. The clerk is **directed** to enter judgment accordingly, terminate all scheduled events, and close the case.

**ORDERED** on February 26, 2025.

NICHOLAS P. MIZELL
United States Magistrate Judge